Sandra and Thomas JETER, Appellants

v.

FV–1 INC. In Trust for Morgan Stanley Mortgage Capital Holdings LLC., by Saxon Mortgage Services, Inc., as its Attorney, Appellee

NO. 01–15–00945–CV

Court of Appeals of Texas, Houston (1st Dist.).

Opinion issued January 19, 2017

Sarah S. Robbins, for Saxon Mortgage Services, Inc. and Morgan Stanley Mortgage Capital Holdings LLC.

Walter A. Boyd III, for Sandra and Thomas Jeter.

Nathan Joseph Milliron, for FV–1 Inc.

Panel consists of Justices Massengale, Brown, and Huddle.

## MEMORANDUM OPINION

PER CURIAM

Appellants Sandra and Thomas Jeter appeal from a judgment signed September 15, 2015. On January 29, 2016, we were advised that Sandra Jeter filed for bankruptcy in the Southern District of Texas. Accordingly, we stayed the appeal.

The appeal was reinstated on August 16, 2016. The clerk's record was previously filed on January 13, 2016. No reporter's record was filed. On October 11, 2016, we issued an order advising the Jeters that we would consider and decide those issues not requiring a reporter's record and we set the appellant's brief due on November 10, 2016. On November 17, 2016, this Court issued notice, advising the Jeters that the brief was late and that the appeal might be dismissed for want of prosecution unless the Jeters filed a motion within ten days explaining the delay and why the delay was not injurious to appellees. No response or brief was filed.

Because the Jeters have not filed a brief or motion responding to this Court's notice, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1). Any pending motions are denied as moot.